# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FBBA ENTERPRISE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DREAM ULTRA LOUNGE, CORP., MICHAEL NASR, and DOES 1-10, <br><br> Defendants. | Case No.: SACV 14-00902-AG-JCGx <br> **Hon. Judge Andrew J. Guilford** <br><br> JUDGMENT FOR <br> [~~PROPOSED~~] PERMANENT INJUNCTION |

///

Case 8:14-cv-00902-AG-JCG Document 30 Filed 06/30/15 Page 2 of 5 Page ID #:113

~~Plaintiff, FBBA Enterprise, Inc. ("Plaintiff" or "FBBA") and Defendants Dream Ultra Lounge, Corp., and Michael Nasr (collectively, "Defendants"),~~ hereby stipulate to the Court's entry of a permanent injunction against Defendants and in favor of Plaintiff.

This matter, having come before the Court upon the stipulation of the parties, Defendants having stipulated and agreed to the entry of a Permanent Injunction as a condition for the dismissal of this case, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that,

Defendants Dream Ultra Lounge, Corp., and Michael Nasr, (collectively, "Defendants") and their officers, directors, owners, partners, employees, and agents, ~~acting~~ in active concert or participation with Defendants ~~assigns, and representatives,~~ are hereby permanently and forever enjoined from directly or indirectly:

A. Using, making, offering for sale, selling, importing, displaying, advertising, promoting, distributing, manufacturing or causing to be manufactured, or providing or causing to be provided, any products or services, bearing or using the mark "H DREAM CAFE" (the "Dream Mark") or any confusingly similar trademark;

B. Using, making, offering for sale, selling, importing, displaying, advertising, promoting, distributing, manufacturing or causing to be manufactured,

-2-
[Proposed] Permanent Injunction

or providing or causing to be provided, any products or services, bearing or using, FBBA's "DREAM" logo (the "Dream Logo"), as pictured below, or any confusingly similar logo:



(The "Dream Mark" and the "Dream Logo" are herein collectively referred to as the "FBBA Marks");

C. Using, making, offering for sale, selling, importing, displaying, advertising, promoting, distributing, manufacturing or causing to be manufactured, or providing or causing to be provided, any products or services, bearing or using the mark "DREAM ULTRA LOUNGE" or any confusingly similar trademark, or the word "DREAM" or any confusingly similar term;

D. Using, making, offering for sale, selling, importing, displaying, advertising, promoting, distributing, manufacturing or causing to be manufactured, or providing or causing to be provided, any products or services, bearing or using the current "DREAM ULTRA LOUNGE" logo, as pictured below (the "D Logo"), or any confusingly similar logo, including, but not limited to, any logo that uses a hookah and/or hookah hose as part of the letter "D":



E. Registering any domain name, corporate name or social media account name containing the term "DREAM" or any confusingly similar terms;

F. Infringing, counterfeiting, or diluting the FBBA Marks, in connection with the sale of any products or services;

G. Assisting, aiding, or abetting any person or business entity in engaging in or performing any of the above-identified activities referred to in subparagraphs (A) through (F) above.

~~IT IS FURTHER ORDERED that this Permanent Injunction shall issue and be enforceable without the posting of security by Plaintiff FBBA Enterprise, Inc., pursuant to Federal Rule of Civil Procedure 65(c).~~

~~IT IS FURTHER ORDERED that this Permanent Injunction shall be deemed to have been served upon the Defendants at the time of its execution by the Court.~~

**IT IS FURTHER ORDERED** that the Permanent Injunction shall become effective as of September 15, 2015.

1  ~~IT IS FURTHER ORDERED that the Court shall retain jurisdiction of this~~
2  ~~action to entertain such further proceedings and to enter such further orders as may~~
3  
4  ~~be necessary or appropriate to implement and enforce the provisions of this~~
5  ~~Permanent Injunction.~~

**IT IS SO ORDERED.**

Dated: June 30, 2015

_____
Honorable Andrew J. Guilford
United States District Judge